IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
PHILLIP DOUGLAS JACOBS,          : CASE NO.  4:94 CV 1910
                                 :
                    Petitioner,  :
                                 :
        -vs-                     : MEMORANDUM OF OPINION AND
                                 : ORDER DENYING MOTION FOR
HARRY RUSSELL, Warden,           : RECONSIDERATION AND DENYING
                                 : MOTION TO CERTIFY AS MOOT
                    Respondent.  :
------------------------------------------------------- :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

Before the Court is Petitioner's "Motion for Certificate oft he record to the USCA for the Sixth Circuit."  (Doc. 108).  Specifically, Mr. Jacobs requests certification, for transfer to the Sixth Circuit, of this Court's "Memorandum of Opinion and Order Denying Motions 95, 97, and 102" (Doc. 103), the Petitioner's "Motion to Alter/Amend Judgment" (Doc. 105), and his submission of "Consolidated Supplemental Case Law and Sixth Circuit Authority" (Doc. 107).

The Sixth Circuit has access to all records filed in this matter before this Court.  As such, certifying the requested filings represents an unnecessary action, because redundant.  Accordingly, the Court will deny Mr. Jacobs' request to certify as moot.

Further, the Court will summarily deny Mr. Jacobs' "Motion to Alter/Amend Judgment" (Doc. 105) for the reasons discussed in the Court's 9 June 2010 Memorandum of Opinion and Order.

Accordingly, the Court will deny Mr. Jacobs' motion (Doc. 103) and declare moot request to certify the record (Doc. 108).

IT IS SO ORDERED.

    /s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 9 September 2010